**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-08351-DRC |
| | § | |
| REBECCA MORENO | § | |
| EZEQUIEL MORENO | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 03/05/2013, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/07/2013         By:  /s/ David P. Leibowitz
                                          (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-08351-DRC |
| | § | |
| REBECCA MORENO | § | |
| EZEQUIEL MORENO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $6,000.00
*and approved disbursements of*     $27.43
*leaving a balance on hand of[1] :*     $5,972.57

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $5,972.57

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,350.00 | $0.00 | $1,350.00 |
| David P. Leibowitz, Trustee Expenses | $3.15 | $0.00 | $3.15 |
| Lakelaw, Attorney for Trustee Fees | $785.00 | $0.00 | $785.00 |
| Lakelaw, Attorney for Trustee Expenses | $11.25 | $0.00 | $11.25 |

Total to be paid for chapter 7 administrative expenses:     $2,149.40
Remaining balance:     $3,823.17

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $3,823.17 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $268.23 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Sauk County Clerk of Courts | $268.23 | $0.00 | $268.23 |

|  | Total to be paid to priority claims: | $268.23 |
|---|---|---|
|  | Remaining balance: | $3,554.94 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $103,755.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $394.40 | $0.00 | $13.51 |
| 3 | Springleaf Financial Ser | $92,361.30 | $0.00 | $3,164.54 |
| 4 | Saint Joseph School | $11,000.00 | $0.00 | $376.89 |

|  | Total to be paid to timely general unsecured claims: | $3,554.94 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 12-08351-DRC
Rebecca Moreno                                                  Chapter 7
Ezequiel Moreno
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mgonzalez            Page 1 of 2           Date Rcvd: Feb 08, 2013
                              Form ID: pdf006            Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2013.
```
db/jdb       +Rebecca Moreno,    Ezequiel Moreno,    6831 S. Karlov,    Chicago, IL 60629-5703
18569146     +Carson Pirie Scott,    PO Box 5253,    Carol Stream, IL 60197-5253
18569147     +Chase,    PO Box 24696,    Columbus, OH 43224-0696
18569148     +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
18569149     +Dependon Collection Service,    PO BOX 4833,    Oak Brook, IL 60522-4833
18569150     +EOS Groups/EOS CCA,    Annette L. Gasior DDS,    700 Longwater Drive,    Norwell, MA 02061-1624
18569151     +EOS Groups/EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
18569154     +Illinois Collection Serv,    PO Box 1010,    Tinley Park, IL 60477-9110
18569155     +Macys/Marshall Fields,    Po Box 9475,    Minneapolis, MN 55440-9475
18569156     +Medical Business Bureau,    1460 Renaissance Drive,    Park Ridge, IL 60068-1349
18569144     +Moreno Ezequiel,    6831 S Karlov,    Chicago, IL 60629-5703
18569143     +Moreno Rebecca,    6831 S Karlov,    Chicago, IL 60629-5703
18569145      Neil Kauffman,    60622-5545
18569157     +Pediatric Cancer Institute,    C/O Dependon Collection Service,    PO Box 483,
               Oak Brook, IL 60522-0483
19522816     +Saint Joseph School,    5641 South 73rd Avenue,    Summit, IL 60501-1373
19163082     +Sauk County Clerk of Courts,    H.E. Stark Agency, Inc,    PO Box 45710,    Madison, WI 53744-5710
18569159     +St. Joseph's School,    5641 South 73rd Avenue,    Summit, IL 60501-1373
18569160     +Target National Bank,    PO Box 673,    Minneapolis, MN 55440-0673
18569161     +WFNNB/Lane Bryant,    PO Box 182789,    Columbus, OH 43218-2789
18569162     +WFNNB/Roomplace,    PO Box 182789,    Columbus, OH 43218-2789
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19126519      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 09 2013 11:57:15
               American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
18569152     +E-mail/PDF: gecsedi@recoverycorp.com Feb 09 2013 11:50:57       GECRB/Whitehall,    PO Box 965036,
               Orlando, FL 32896-5036
18569153     +E-mail/Text: banko@hestark.com Feb 09 2013 13:40:36       H E Stark Agency,    Sauk County,
               6425 Odana Rd,    Madison `, WI 53719-1189
18569158      E-mail/PDF: cbp@slfs.com Feb 09 2013 11:57:11       Springleaf Financial Ser,    3615 W. 95th St.,
               Evergreen Park, IL  60805-211
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Lakelaw
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 10, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: mgonzalez           Page 2 of 2              Date Rcvd: Feb 08, 2013
                              Form ID: pdf006           Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2013 at the address(es) listed below:

```
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Heather M Giannino    on behalf of Creditor   JP Morgan Chase Bank, National Association
               heathergiannino@hsbattys.com,   jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
              Jacob S Briskman    on behalf of Debtor Rebecca  Moreno inmigracion.chicago@gmail.com
              Jacob S Briskman    on behalf of Joint Debtor Ezequiel  Moreno inmigracion.chicago@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```